UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELAINE WANG,

                            Plaintiff,

                -v.-

TRIBUNE PUBLISHING COMPANY, *et al.*,

                            Defendants.

21 Civ. 3779 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

        There is currently an initial pretrial conference in this action

scheduled for July 29, 2021.  Given that Defendants have not yet appeared,

the conference is hereby ADJOURNED to August 26, 2021, at 11:30 a.m.

The parties' joint letter and Proposed Case Management Plan and

Scheduling Order will be due on or before August 19, 2021.

        SO ORDERED.

Dated:      July 22, 2021
            New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge